**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Ronald SANTORA, Earl Rardin, Maurice Eugene Lickteig, Theresa Sohn, Garth Jon Brian Upton, Roy Cohn, Mary Evans, and Walter P. Moore, Defendants-Appellants.**

Nos. 76–3440, 76–3446, 76–3485, 76–3521, 76–3525, 76–3567, 76–3711 and 77–2626.

United States Court of Appeals,
Ninth Circuit.

Nov. 26, 1979.

ORDER

Before HUFSTEDLER and ANDERSON, Circuit Judges, and KING,* District Judge.

The opinion heretofore filed, 9 Cir., 600 F.2d 1317, is amended by deleting the following language at page 2573, at the end of the first full paragraph in the right-hand column of the printed slip opinion [600 F.2d at 1322.]:

"Since Cohn's conversations must be suppressed, his conviction must be reversed for insufficient evidence. Because Cohn cannot be retried (*Greene v. Massey* (1978) 437 U.S. 19, 98 S.Ct. 2151, 57 L.Ed.2d 15), we need not reach the question whether his right to a speedy trial was violated."

Footnote 2 is inserted following the words "traffic with Paul Harmon" in the same paragraph.

The text of footnote 2 shall read as follows:

"We have examined Cohn's speedy trial claim and are satisfied it does not meet the four-part test laid down by the Supreme Court in *Barker v. Wingo* (1972) 407 U.S. 514, 530–33, 92 S.Ct. 2182, 33 L.Ed.2d 101."

The Government's petition for rehearing is denied.

* Honorable Samuel P. King, Chief Judge, United States District Court, District of Hawaii, sitting by designation.